USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-5-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN MORDUKHAEV, et al.,

      Plaintiffs,

 - against -

MATTHEW DAUS, et al.,

      Defendants.

ORDER

09 Civ. 5149 (SHS) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following correspondence from the Defendants,

**IT IS HEREBY ORDERED THAT** the Parties **SHALL** appear before the Court for a telephonic conference on **August 31, 2009, at 3:00 p.m.**

**SO ORDERED this 5th day of August 2009**
New York, New York

*Ronald Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge