USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-21-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN MORDUKHAEV, et al.,

       Plaintiffs,

  - against -

MATTHEW DAUS, et al.,

       Defendants.

ORDER

09 Civ. 5149 (SHS) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court having received Plaintiffs' application to seek leave to attach additional documents to their cross-motion for summary judgment, which has been fully briefed, and having determined that the additional documentation does not add to the record for consideration,

**IT IS HEREBY ORDERED THAT** the application is **DENIED.**

SO ORDERED this 21st day of June 2010
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge